**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 23-30256 |
| | ) | Chapter 7 |
| Stephanie Ruth Hammes, | ) | |
| | ) | **NOTICE OF MOTION AND** |
| Debtor. | ) | **MOTION FOR TURNOVER** |
| | ) | |

    Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court issue an order, ordering the debtor to forthwith turnover to the bankruptcy trustee documentation and nonexempt assets previously requested by the trustee. This motion is made pursuant to 11 U.S.C. § 542 and Bankruptcy Rule 9014.

    The debtor filed a Chapter 7 bankruptcy petition on August 6, 2023. Following the debtor's 341 meeting on September 29, 2023, the trustee requested statements for the debtor's PayPal, Venmo, and Wells Fargo savings accounts covering the date of filing and the 30 days prior. These bank statements have not yet been provided. Thus, the trustee requests turnover of the same.

    Upon review of the debtor's Wells Fargo checking account statement, the trustee noted a $6,000 deposit the day after the bankruptcy filing. The debtor testified at the creditor's meeting that this was earnings from one of her part time employers. These were earned but unpaid wages at the time of the bankruptcy filing that have not been scheduled or exempted. Thus the trustee requests turnover of the $6,000 in earned but unpaid wages.

    THEREFORE, the bankruptcy trustee respectfully requests that the Court issue an order for the debtor to immediately turnover to the bankruptcy trustee statements for the debtor's PayPal, Venmo, and Wells Fargo savings accounts covering the date of filing and the 30 days prior and the $6,000 in earned but unpaid wages, to the extent these funds still exist.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN 55415 | below) |

DATED: October 12, 2023     /s/ Gene W. Doeling
Gene W. Doeling, Trustee
PO Box 9231
Fargo, ND 58106-9231
(701) 232-8757

## VERIFICATION

I, Gene W. Doeling, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 12th day of October, 2023.

/s/ Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bky. Case No.: 23-30256 |
| | Chapter 7 |
| Stephanie Ruth Hammes, | |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |

Gene W. Doeling of Fargo, ND, swears that on October 12, 2023, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

### NOTICE OF MOTION AND MOTION FOR TURNOVER

to the parties listed below:

Stephanie Ruth Hammes
907 Bremner Ave
Bismarck, ND  58503

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov

                                                                /s/  Gene W. Doeling
                                                                 Gene W. Doeling