Rev. 12/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

**IN RE:** Stephanie Hammes

Debtor(s)

**Bankruptcy No:** 23-30256
**Chapter:** 7

# AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**
- ☐ **Voluntary Petition (describe change)**_____
- ☐ **Summary of Assets and Liabilities and Certain Statistical Information**
- ☒ **Schedule A/B – Property**
- ☒ **Schedule C – The Property You Claim as Exempt**
- ☐ **Schedule D – Creditors Who Hold Claims Secured By Property**
- ☐ **Schedule E/F – Creditors Who Have Unsecured Claims**
- ☐ **Schedule G – Executory Contracts and Unexpired Leases**
- ☐ **Schedule H – Codebtors**
- ☐ **Schedule I – Your Income**
- ☐ **Schedule J – Your Expenses**
- ☐ **Declaration Concerning Schedules**
- ☐ **Statement of Financial Affairs**
- ☐ **Attorney's Disclosure of Compensation**
- ☐ **Statement of Intention for Individuals Filing Under Chapter 7**
- ☐ **Statement of Current Monthly Income**
- ☐ **Other** _____

**If amending schedules D or E/F, the amendment is to:**
- ☐ **Add new creditor(s)** *(Notice to Creditor(s) of Amended Schedule(s) must be served and filed)*
- ☐ **Correct or delete information**

**Describe changes made:**
**(Examples: Added or Reclassified Creditor "X"; Add or modified exempt property "X")**

## DECLARATION

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

**DATED:** 10/26/2023 _____   **Signature** _[DocuSigned by: E90C5C9BCFC449B...]_____
**Debtor1**

_____
**Debtor2**