United States Bankruptcy Court
District of North Dakota

In re:     Case No. 23-30256-skh
Stephanie Ruth Hammes     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Nov 08, 2023     Form ID: 318     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Ruth Hammes, 907 Bremner Ave, Bismarck, ND 58503-0986 |
| 1086854 | + | Alisha Ankers, 1712 Main Ave #202, Fargo, ND 58103-1528 |
| 1090332 | + | BMO Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1086859 | | Bravera Bank, f/k/a American Bank Center, 115 3rd Ave W, Dickinson, ND 58601 |
| 1086858 | | Bravera Bank, 1151 3rd Ave W, Dickinson, ND 58601-3804 |
| 1086862 | | Dept of Ed/Nelnet, Attn: Bankruptcy, Claims/Nelnet PO Box 82505, Lincoln, NE 68501 |
| 1086863 | | Dept of Ed/Nelnet, Attn: Bankruptcy, Claims/Nelnet PO Box 82505, Lincoln, NE 68505 |
| 1086865 | + | Grace & Growth Psychology Services, PLLC, 1120 College Drive STE 201, Bismarck, ND 58501-1225 |
| 1086867 | | Kimberly L. Schwartz, P.O. Box 985, Dickinson, ND 58602-0985 |
| 1086869 | + | Larson Latham Huettl, LLP, 1100 College Drive, Bismarck, ND 58501-1240 |
| 1086870 | + | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1086878 | + | Todd M. Wahl, 1120 College Drive Suite 201, Bismarck, ND 58501-1225 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 08 2023 23:51:00 | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1086855 | + | Email/PDF: bncnotices@becket-lee.com | Nov 08 2023 18:58:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 1086856 | + | EDI: BANKAMER.COM | Nov 08 2023 23:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 1086857 | + | Email/Text: bankruptcy@bmo.com | Nov 08 2023 18:49:00 | Bank of the West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco, CA 94104-4206 |
| 1086860 | + | EDI: CITICORP.COM | Nov 08 2023 23:51:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs, Centralized Bankruptcy, PO Box 790040, St. Louis, MO 63179-0040 |
| 1086861 | + | EDI: CITICORP.COM | Nov 08 2023 23:51:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 1086864 | + | Email/Text: crc_bankruptcy@fhb.com | Nov 08 2023 18:49:00 | First Hawaiian Bank, Attn: Bankruptcy, PO Box 3200, Honolulu, HI 96847-0001 |
| 1086866 | | EDI: IRS.COM | Nov 08 2023 23:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1086868 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2023 18:49:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 1086871 | | Email/Text: Charlotte.Rusch@SanfordHealth.org | Nov 08 2023 18:49:00 | Sanford Health, PO Box 5071, Sioux Falls, SD 57117 |
| 1086872 | + | EDI: RMSC.COM | Nov 08 2023 23:51:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: 318 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 1086873 | + EDI: RMSC.COM | Nov 08 2023 23:51:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |
| 1086874 | + EDI: RMSC.COM | Nov 08 2023 23:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 | |
| 1086875 | + EDI: RMSC.COM | Nov 08 2023 23:51:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |
| 1086876 | + EDI: RMSC.COM | Nov 08 2023 23:51:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |
| 1086877 | + EDI: WTRRNBANK.COM | Nov 08 2023 23:51:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 | |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Stephanie Ruth Hammes mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephanie Ruth Hammes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5475<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of North Dakota | | |
| Case number:   23–30256 | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephanie Ruth Hammes
aka Stephanie Hammes

11/8/23

**By the court:** Shon Hastings
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318             **Order of Discharge**             page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**